UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBIN MARK REITZ,

                Plaintiff,

  v.

BRUCE HARRELL, et al.,

                Defendants.

Case No. C24-0829-JCC

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915 (e)(2)(B). *See, e.g., Reitz v. Federal Government*, C20-0649-JCC; *Reitz v. City of Hillsboro Oregon*, C20-0405-RSL; *Reitz v. Fred Meyer Store and Owners*, C13-5439-BHS. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 12th day of June, 2024.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1