THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBIN MARK REITZ, | CASE NO. C24-0829-JCC |
| Plaintiff, | ORDER |
| v. | |
| BRUCE HARRELL, *et al.*, | |
| Defendants. | |

This matter comes before the Court *sua sponte*. In an order to show cause (Dkt. No. 9), the Court described the pleading infirmities in Plaintiff's complaint and granted Plaintiff leave to file an amended complaint within 30 days to cure said pleading infirmities. (*Id.*) The Court further indicated that if Plaintiff failed to cure the deficiencies or failed to file an amended complaint, the Court would dismiss Plaintiff's case. (*Id.*) Plaintiff has not filed an amended complaint within the allotted time period.

Accordingly, and pursuant to 28 U.S.C. § 1915(e)(2)(B), Plaintiff's complaint (Dkt. No. 5) is DISMISSED without prejudice.

//
//
//
//

ORDER
C24-0829-JCC
PAGE - 1

1     DATED this 30th day of August 2024.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE